IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD Z. ZOCHLINSKI,

    Plaintiff,

    v.

THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

No. CIV S-04-1702 DFL PAN PS

ORDER

    Plaintiff has requested an extension of time to file and serve objections to the September 8, 2005 findings and recommendations. Good cause appearing, it is hereby ordered that:

    1. Plaintiff's September 20, 2005 request for an extension of time is granted in part; and

    2. Plaintiff has until Thursday, September 29, 2005 to file and serve objections to the September 8, 2005 findings and recommendations.

/////

1

1  /////

2     IT IS SO ORDERED.

3  Dated: 9/23/2005       .

4

5                                        _____
                                         DAVID F. LEVI
6                                        United States District Judge

2