IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD ALAN ZOCHLINSKI,

        Plaintiff,        CIV. S-04-1702-DFL-PAN-PS

   v.

THE UNIVERSITY OF CALIFORNIA,      ORDER
et al.,

        Defendants.
_____/

     This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On September 8, 2005, Judge Nowinski recommended that plaintiff's motion to remand be denied and defendants' motion to dismiss be granted. By order filed September 23, 2005, plaintiff was granted an extension of time to file objections by September 29, 2005. Plaintiff timely filed objections to the findings and recommendations.

1 　　　　　The court has reviewed the file and finds the findings
2 and recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5 　　　　　1.  The Findings and Recommendations filed September 8,
6 2005, are adopted in full;
7 　　　　　2.  Plaintiff's motion to remand is denied; and
8 　　　　　3.  Defendants' motion to dismiss is granted.

10 DATED: September 30, 2005

　　　　　　　　　　　　　　　　　　/s/ David F. Levi
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2