UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOWARD ALAN ZOCHLINSKI,

        Plaintiff,        CIV. S-04-1702 DFL PAN PS

    v.

THE UNIVERSITY OF CALIFORNIA,        ORDER
et al.,

        Defendants.

-o0o-

On October 28, 2005, plaintiff filed a Notice of Appeal of this court's September 30, 2005, final judgment and an application to proceed in forma pauperis pursuant to Federal Rule of Appellate Procedure 24(a).

Plaintiff's application fails to include the Ninth Circuit's "Form 4:  Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis," the completion of which is required by Rule 24(a)(1)(A).  Form 4 is available on the Ninth Circuit's

website at http://www.ca9.uscourts.gov.

Accordingly, plaintiff shall file a completed Form 4 in this court within 15 days of service of this order for the court's further consideration of his application to proceed on appeal in forma pauperis.

So ordered.

Dated:   November 9, 2005.

                                                /s/ Peter A. Nowinski
                                                PETER A. NOWINSKI
                                                Magistrate Judge