1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11

12   HOWARD ALAN ZOCHLINSKI,

13                     Plaintiff,          CIV. S-04-1702 DFL PAN PS

14              v.

15   THE UNIVERSITY OF CALIFORNIA,                 ORDER
     et al.,
16
                      Defendants.
17
                              -o0o-
18

19        On October 28, 2005, plaintiff filed a Notice of Appeal

20   of this court's September 30, 2005, final judgment and an

21   incomplete application to proceed in forma pauperis.  On November

22   10, 2005, this court directed plaintiff to file a completed "Form

23   4," the affidavit required by the Ninth Circuit pursuant to Fed.

24   R. App. P. 24(a)(1)(A).

25        Plaintiff timely filed an affidavit and completed Form 4,

26   which provide that plaintiff receives $795 per month disability

1  benefits and no other income; his only bank account holds $79;

2  his only assets are two motorcycles and a car, all inoperable,

3  with a combined value of $50; that plaintiff's expenses total

4  $790 monthly and he has no dependents.

5         Plaintiff's affidavit demonstrates that because of

6  poverty he cannot pay or give security for court costs and still

7  be able to provide herself with the necessities of life.  See

8  Adkins v. E.I. Dupont de Nemours & Co., 335 U.S. 331, 339 (1948).

9  Accordingly, plaintiff's application to proceed in forma pauperis

10 in pursuit of his appeal is granted.

11        So ordered.

12        Dated:  December 12, 2005.

13                              /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
14                              Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26